## 161 FRAZER (Admr.) vs. CIRCUIT JUDGE (Lapeer), 48 M., 176.

To prohibit respondent from hearing an appeal from the disallowance of a claim against the estate of relator's decedent,

which had been transferred from the St. Clair circuit because of the disqualification of the judge of that circuit.

Denied April 19, 1882. See No. 293.